# In The United States Court of Federal Claims

No. 13-247C

(Filed: October 21, 2013)

_____

PALAFOX STREET ASSOCIATES, L.P.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 8, 2013, the court stayed this case due to the government shutdown. On October 17, 2013, defendant filed a motion to lift the stay and reset pending deadlines in this case. The motion is hereby **GRANTED**. Accordingly, on or before October 29, 2013, defendant shall file its reply to plaintiff's response to defendant's motion to dismiss.

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge